UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Hoffman,

    Plaintiff,

Case No. 12-12648

Honorable Nancy G. Edmunds

v.

Commissioner of Social Security,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15]

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [15]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [9] is DENIED, Defendant's motion for summary judgment [14] is GRANTED, and the case is hereby DISMISSED.

    SO ORDERED.

                              S/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: September 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2013, by electronic and/or ordinary mail.

                              S/Johnetta M. Curry-Williams
                              Case Manager
                              Acting in the Absence of Carol A. Hemeyer

---

[1] Timely objections were not filed.